THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH A. MOON and Others, Respondents, v. MILTON C. DUFFY, as Assessor of the City of Binghamton, JOHN E. HOGAN and Others, as Members of and Constituting the Board of Review of Said City of Binghamton, Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOWARD E. COUNCILMAN, Respondent, v. MILTON C. DUFFY, as Assessor of the City of Binghamton, JOHN E. HOGAN and Others, as Members of and Constituting the Board of Review of Said City of Binghamton, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

HARRIET PARKS DUPORT (ANDERSON) and GRACE MARGARET PARKS, Appellants, v. FIRST NATIONAL BANK OF GLENS FALLS, N. Y., and THE EMERSON NATIONAL BANK OF WARRENSBURG, as Substituted Trustee under the Will of GEORGE H. PARKS, Deceased, for the Harriet Parks DuPort and Grace Margaret Parks Trust Funds, Respondents.— Motion for additional allowance granted. [See ante, p. 267.] Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of MAURICE CALLAHAN and Others, a Copartnership Trading as RAQUETTE LAKE SUPPLY COMPANY, to Perpetuate the Testimony of SCHUYLER KATHAN and Others. THE PEOPLE OF THE STATE OF NEW YORK, Appellant; MAURICE CALLAHAN and Others, a Copartnership Trading as the RAQUETTE LAKE SUPPLY COMPANY, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals with certified questions denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LORA MAY HUT, Respondent, against LEJACK HOLDING CORP. and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decedent was the janitor or superintendent of an apartment house. The sewer became clogged and the basement began to fill with water. When it was two or three feet deep decedent began to bail it out. During this active and additional work he became ill. Three days later he died from coronary sclerosis which a physician testified was caused by physical exertion in connection with bailing the water from the basement. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.